# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>REID JAMES NEWMAN ,<br><br>Defendant. | Case No. 20cr2252-WQH<br><br>JUDGMENT and ORDER TO DISMISS INDICTMENT |

For good cause appearing, the Court grants the Government's motion to dismiss, with prejudice, the Indictment filed against REID JAMES NEWMAN.

Dated: January 31, 2022

Hon. William Q. Hayes
United States District Court